**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

**David H. Bernstein**
Partner
dhbernstein@debevoise.com
Tel +1 212 909 6696
Fax +1 212 521 7696

December 14, 2017

BY ECF

The Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

**WeWork Companies Inc. v. UrWork (Beijing) Venture Investment Co. Ltd.
Civil Action No. 17-cv-06913(WHP)**

Dear Judge Pauley:

We represent plaintiff WeWork in the above-captioned matter.  We write jointly on behalf of all parties, with the consent of Timothy Wang (counsel to the UrWork defendants), to update the Court concerning the status of the parties' settlement discussions, pursuant to the Court's December 8, 2017 Order (ECF No. 78).

The parties have continued their negotiations and believe they have reached a settlement to fully resolve this matter, as well as pending international litigations between the parties. WeWork has approved the current form of the agreement, as has counsel for the UrWork defendants.  The agreement remains subject to approval by UrWork's top management, which we expect to have by 9:00 a.m. tomorrow morning.  If it is acceptable to the Court, we will update the Court again by noon tomorrow.

If Your Honor has any questions about this request, we would be happy to arrange a telephone conference with counsel and the Court.

Respectfully submitted,

*/s/ David H. Bernstein*

David H. Bernstein

cc: Counsel of Record (via ECF)