**Debevoise & Plimpton**

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

**David H. Bernstein**
Partner
dhbernstein@debevoise.com
Tel +1 212 909 6696
Fax +1 212 521 7696

**MEMO ENDORSED**

December 15, 2017

BY ECF

The Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

**WeWork Companies Inc. v. UrWork (Beijing) Venture Investment Co. Ltd.
Civil Action No. 17-cv-06913(WHP)**

Dear Judge Pauley:

We represent plaintiff WeWork in the above-captioned matter. We write jointly on behalf of all parties, with the consent of Timothy Wang (counsel to the UrWork defendants), to update the Court concerning the status of the parties' settlement discussions, following up on our letter of yesterday (ECF No. 79).

The parties have now documented a final and binding confidential settlement agreement, and are in the process of obtaining signatures from the necessary executives. Accordingly, it will not be necessary for the parties to proceed with oral argument on WeWork's motion for a preliminary injunction, which is currently scheduled for December 18.

As part of the settlement, the parties have agreed to dismiss this action with prejudice. Before they do that, however, there are certain steps required under the agreement that the parties must first take in a number of countries. The parties expect to be in a position to file a joint motion to dismiss within the next several weeks, once those actions have been completed. In the meantime, the parties respectfully request that the Court stay this case and all deadlines, including WeWork's December 22 deadline to answer defendants' counterclaims.

The parties thank the Court for its time and patience, which has allowed the Parties to amicably resolve their dispute. If Your Honor has any questions about the parties' requests, we would be happy to arrange a telephone conference with counsel and the Court.

Respectfully submitted,

*/s/ David H. Bernstein*

David H. Bernstein

cc: Counsel of Record (via ECF)

There is no need for a stay because this Court will enter a 30-day order affording the parties the flexibility they need.

SO ORDERED:        12/15/17

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

www.debevoise.com