UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
WEWORK COMPANIES INC.,

            Plaintiff,

    -against-                                         17 Civ. 06913(WHP)

URWORK (BEIJING) VENTURE INVESTMENT CO.         ECF CASE
LTD., URWORK N.Y. CORP., and UR WORK N.Y.
CORP.,

            Defendants.

------------------------------------------------------------------ x

## ORDER OF DISMISSAL

Before the Court is the Joint Motion to Dismiss Pursuant to Rule 41(a)(2) ("Motion") of Plaintiff WeWork Companies Inc. ("Plaintiff") and Defendants UrWork (Beijing) Venture Investment Co. Ltd., UrWork N.Y. Corp., and Ur Work N.Y. Corp. (collectively, "Defendants").

The Court, having considered the Parties' Motion, and the representation that the Parties have entered into a Confidential Settlement Agreement (the "Settlement Agreement"), finds that the Motion should be GRANTED.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Defendants are dismissed with prejudice and Defendants' counterclaims against Plaintiff are dismissed with prejudice.

IT IS FURTHER ORDERED that all costs, expenses, attorneys' and other fees are to be borne by the party that incurred them and that each party waives all rights of appeal and/or other judicial review.

IT IS FURTHER ORDERED that this Court shall maintain jurisdiction over the matter and the parties to enforce any breach of the Settlement Agreement.

SO ORDERED:

1/23/18

_____
WILLIAM H. PAULEY III
U.S.D.J.